01
02
03
04
05
06
07
08
09

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  UNITED STATES OF AMERICA,                )
                                             )
11                 Plaintiff,                )   Case No. MJ08-170
                                             )
12          v.                               )
                                             )
13  STEPHEN WILLIAM HOWARD,                  )   DETENTION ORDER
                                             )
14                 Defendant.                )
    _____ )

15

16  Offense charged:

17          Count 1:   Bank Robbery, in violation of 18 U.S.C. § 2113(a).

18  Date of Detention Hearing:    April 11, 2008

19          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

20  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

21  the following:

22  FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

23          (1)     Defendant has stipulated to detention due to addiction to oxycontin, but

24  reserves the right to contest his continued detention if there is a change in circumstances.

25          (2)     There are no conditions or combination of conditions other than detention that

26  will reasonably assure the appearance of defendant as required or ensure the safety of the

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                          Rev. 1/91
PAGE 1

01  community.

02      IT IS THEREFORE ORDERED:

03      (1)    Defendant shall be detained pending trial and committed to the custody of the

04          Attorney General for confinement in a correctional facility separate, to the

05          extent practicable, from persons awaiting or serving sentences or being held in

06          custody pending appeal;

07      (2)    Defendant shall be afforded reasonable opportunity for private consultation

08          with counsel;

09      (3)    On order of a court of the United States or on request of an attorney for the

10          government, the person in charge of the corrections facility in which defendant

11          is confined shall deliver the defendant to a United States Marshal for the

12          purpose of an appearance in connection with a court proceeding; and

13      (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

14          counsel for the defendant, to the United States Marshal, and to the United

15          States Pretrial Services Officer.

16      DATED this 11th day of April, 2008.

17

18                                              _____
                                                JAMES P. DONOHUE
19                                              United States Magistrate Judge

20

21

22

23

24

25

26